No. 70–59. AMOS, SECRETARY OF STATE OF ALABAMA, ET AL. *v.* HADNOTT ET AL. Appeal from D. C. M. D. Ala. Motion of appellees for leave to dispense with printing motion to affirm granted. Motion of appellants to dispense with printing jurisdictional statement granted. Judgment affirmed.

No. 70–68. VIRGINIA STATE BOARD OF ELECTIONS *v.* BUFFORD ET AL. Appeal from D. C. E. D. Va. Motion of appellees for leave to dispense with printing motion to affirm granted. Judgment affirmed.

No. 71–650. MINNESOTA *v.* NORTHERN STATES POWER Co. Affirmed on appeal from C. A. 8th Cir. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART dissent from affirmance.

No. 71–674. LAKE SHORE AUTO PARTS Co. *v.* KORZEN ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–950. GARRETT FREIGHTLINES, INC. *v.* UNITED STATES ET AL. Appeal from D. C. Colo. dismissed. *Shenandoah Valley Broadcasting, Inc.* v. *ASCAP*, 375 U. S. 39 (1963). MR. JUSTICE DOUGLAS dissents from the dismissal of the case and would affirm, believing that the appeal is properly taken.

No. 71–1039. ANDERSON ET AL. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL. Appeal from Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Motion of appellants for leave to dispense with printing reply brief granted. Appeal dismissed for want of substantial federal question.